UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62255-CIV-SINGHAL

ROMEO HEBERT, individually
and as representative of a class of
similarly situated persons on behalf of
RICK CASE ENTERPRISES, INC.
401(K) PLAN,

Plaintiff,

v.

RICK CASE ENTERPRISES INC., *et al.*,

Defendants.
_______________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' joint Notice of Settlement (DE [43]). The Court having carefully reviewed the Notice of Settlement, the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a motion for approval of the settlement agreement by **October 15, 2026**. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**. The Show Cause Order (DE [42]) is discharged and the Court finds no sanctions are warranted.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF