# EXHIBIT 4

Declaration of Romeo Hebert, with Exhibit A

*Hebert v. Rick Case Enterprises, Inc., et al., Case No. 25-62255-CIV-SINGHAL*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

ROMEO HEBERT, individually and as representative of a class of similarly situated persons on behalf of the RICK CASE ENTERPRISES, INC. 401(K) PLAN,

**Case No. 25-62255-CIV-SINGHAL**

Plaintiff,

**CLASS ACTION**

v.

RICK CASE ENTERPRISES, INC. 401(K) PLAN, RITA M. CASE, DARREN W. STOKES, JOHN DOE DIRECTORS 1-10, JOHN DOE COMMITTEE MEMBERS 1-10, RICK CASE ENTERPRISES, INC., *et al.*,

Defendants.

_______________________________________/

**DECLARATION OF ROMEO HEBERT**

THE UNDERSIGNED, Romeo Hebert, hereby declares pursuant to 28 U.S.C. §1746, as follows:

1. I am the named Plaintiff in that certain class action styled "*Romeo Hebert v. Rick Case Enterprises, Inc., et al.*," in the United States District Court for the Southern District of Florida, Case No. 25-62255-CIV-SINGHAL, for breach of fiduciary duty under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 *et seq.* ("Hebert Class Action").

2. The Hebert Class Action involves claims brought on behalf of myself and all other participants and beneficiaries of the Rick Case Enterprises, Inc. 401(k) Plan (the "Plan") who had funds invested in the MassMutual SAGIC Diversified II Fund ("SAGIC Fund") which were reduced by a market value adjustment.

3. I was employed by Rick Case Enterprises, Inc. or an affiliated dealership from 2012 2020 as a salesperson. Through my employment, I became a participant in the Plan.

4. As a participant in the Plan, I invested a portion of my retirement savings in the SAGIC Fund, which I understood to be a stable value investment.

5. In or about December 2022, the Plan changed recordkeepers. In connection with that change, the balance of my account invested in the SAGIC Fund was reduced by a market value adjustment in the amount of approximately $7,115.50. A copy of my Plan account statement reflecting the adjustment (with redacted personal information) is attached hereto as Exhibit "A."

6. After I learned of the reduction to my account, I consulted with counsel, \Walter J. Mathews, Esq. and] Robert W. Murphy, Esq. ("Class Counsel"), who advised me of my rights under federal law. Among other things, I became aware that the persons responsible for managing the Plan owe duties of prudence and loyalty to Plan participants under ERISA.

7. When it became apparent that the market value adjustment affected a number of Plan participants similar to me, I authorized Class Counsel to bring a claim for class-wide relief against Defendants under ERISA.

8. In furtherance of my retention of Class Counsel to represent me as a class representative, I reviewed in detail with Class Counsel the duties of a class representative to the members of the Class under the Federal Rules of Civil Procedure and applicable law. I understand that I must act in the best interest of the Class as a whole and not put my own interests ahead of those of other Class Members.

9. In furtherance of the efforts to obtain class-wide relief, I assisted Class Counsel in the prosecution of the instant action. The efforts included among other things providing documents and information concerning my Plan account, reviewing the Complaint, attorney conferences, and assisting my attorneys in the negotiation of a proposed settlement of the instant action.

10. After extensive negotiations between counsel, a Class Action Settlement Agreement ("Settlement Agreement") was reached between the parties which will provide benefits to all Plan participants and beneficiaries whose investments in the SAGIC Fund were reduced by a market value adjustment. I reviewed the Settlement Agreement with Class Counsel before signing it.

11. It is my understanding that the Settlement Agreement, if approved by the Court, will provide for:

> Certification of a Settlement Class – Consisting of all participants and beneficiaries in the Plan at any time during the period from December 15, 2022 through the date of entry of the Preliminary Approval Order, and who had funds invested in the SAGIC Fund which were reduced by a market value adjustment ("Class"). I understand the Class has approximately 111 members.
>
> Settlement Payment – Defendants have agreed to establish a settlement fund of $209,000.00 ("Settlement Fund"). After deduction of Court-approved fees and expenses, the fund will be divided among Class Members in proportion to the market value adjustment loss that each Class Member incurred. Class Members do not need to file a claim. Current Plan participants will be paid by deposit to their Plan accounts and former participants by check;
>
> Settlement Administration Expense – to be paid from the Settlement Fund; and
>
> Attorney's Fees and Costs – Class Counsel will ask the Court to award attorneys' fees not to exceed twenty-five percent (25%) of the Settlement Fund ("Attorney Fee Award") and litigation expense not to exceed $2,000.00 ("Attorney Costs").

12. I understand that my settlement payment will be calculated under the same formula that applies to every other Class Member. I have not been promised, and I am not receiving, any payment or other benefit for serving as class representative that is not available to the other Class Members.

13. I am not aware of any conflict between my interests and the interests of the other members of the Class.

14. Based on the information made known to me concerning the issues in the Hebert Class Action, including risks of further litigation, I believe that the Settlement Agreement is in the best interest of the Class and should be approved.

PURSUANT TO 28 U.S.C. §1746, I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED on this 14 day of OCTOBER 2026.

ROMEO HEBERT

# EXHIBIT "A"

to Declaration of Romeo Hebert

Hebert v. Rick Case Enterprises, Inc. 401(k) Plan, et al.

Case No. 25-62255-CIV-SINGHAL

DARREN W STOKES
14500 W SUNRISE BLVD
SUNRISE, FL 33323-3212

January 09, 2023

ROMEO HEBERT LOC 2
11460 REXMERE BLVD
DAVIE, FL 33325-4018

Contract Number: [redacted]

Dear Romeo,

Welcome to Principal®! Whether you're close to retirement, or just starting out, we think you'll feel right at home with us.

This welcome packet is designed to give you the beginning resources you may need to stay in touch with Principal and help track your retirement savings progress.

Please review the materials in this packet. If you have any questions, feel free to contact us at 1-800-547-7754. We encourage you to get to know us better by visiting our website at principal.com.

Principal®

Insurance products and plan administrative services are provided through Principal Life Insurance Company, a member of the Principal Financial Group®, Des Moines, IA 50392.

Principal, Principal and symbol design and Principal Financial Group are trademarks and service marks of Principal Financial Services, Inc., a member of the Principal Financial Group.

© 2019 Principal Financial Services, Inc.

PQ74001-01 |880537-062019

DARREN W STOKES
14500 W SUNRISE BLVD
SUNRISE, FL 33323-3212

**Rick Case Enterprises, Inc. 401(k) Plan**

ROMEO HEBERT LOC 2
11460 REXMERE BLVD
DAVIE, FL 33325-4018

[redacted]

***This statement summarizes the transfer activity received on your behalf through January 09, 2023.***

**ACCOUNT BALANCE** | **TOTAL ACCOUNT BY ASSET**

Amount Transferred to Principal Financial Group

[redacted]




**ACCOUNT SUMMARY BY CONTRIBUTION**

| Source of Contribution | Transfer Balance | Earnings Adjusted | Ending Balance |
|---|---|---|---|
| EMPLOYER | [redacted] | ($326.64) | [redacted] |
| ELECTIVE DEFERRAL | [redacted] | ($6,788.86) | [redacted] |
| TOTALS | [redacted] | ($7,115.50) | [redacted] |

**ACCOUNT SUMMARY BY INVESTMENT OPTION**

| Investment Advisor | Investment Option | [redacted] | | | |
|---|---|---|---|---|---|
| | [redacted] | | | | |
| [redacted] | [redacted] | | | | |
| [redacted] | | [redacted] | | | |
| [redacted] | [redacted] | | | | |
| [redacted] | | | | | |
| [redacted] | | [redacted] | | | |
| [redacted] | | [redacted] | | | |
| [redacted] | [redacted] | [redacted] | | | |

*Insurance products are provided by Principal Life Insurance Company. Securities are offered through Principal Securities, Inc., member SIPC and/or independent broker/dealers. Securities sold by a Principal Securities Representative are offered through Principal Securities. Principal Securities and Principal Life are members of the Principal Financial Group, Des Moines, IA 50392.*

**ACCOUNT SUMMARY BY INVESTMENT OPTION - continued**

| Investment Advisor | Investment Option | Transfer Balance | Earnings Adjusted | Ending Balance | Ending Units/Shares |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| **TOTALS** | | [redacted] | **($7,115.50)** | [redacted] | |

*Please review this statement and notify us of any discrepancies within 90 days. After 90 days, corrections will be made on a current basis.*
Detailed transaction activity is available on the web at www.principal.com.

**INVESTMENT DIRECTION BY INVESTMENT OPTION**

[redacted]

* For more information about this investment option, including its full name, please visit The Principal Retirement Service Center® at www.principal.com or call 1-800-547-7754 for assistance from a retirement specialist.