# EXHIBIT 5

Declaration of Brendan A. Sweeney, Esq. as to Prevailing Market Rate

*Hebert v. Rick Case Enterprises, Inc., et al.*, Case No. 25-62255-CIV-SINGHAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

ROMEO HEBERT, individually and as representative of a class of similarly situated persons on behalf of the RICK CASE ENTERPRISES, INC. 401(K) PLAN,

Plaintiff,

**Case No. 25-62255-CIV-SINGHAL**

**CLASS ACTION**

v.

RICK CASE ENTERPRISES, INC. 401(K) PLAN, RITA M. CASE, DARREN W. STOKES, JOHN DOE DIRECTORS 1-10, JOHN DOE COMMITTEE MEMBERS 1-10, RICK CASE ENTERPRISES, INC., *et al.*,

Defendants.
_____________________________________/

**DECLARATION OF BRENDAN A. SWEENEY, ESQ.**
**AS TO PREVAILING MARKET RATE**

THE UNDERSIGNED, Brendan A. Sweeney, Esq., hereby declares pursuant to 28 U.S.C. §1746, as follows:

1. I am an attorney licensed to practice law in the State of Florida and have been a member of the Florida Bar since 2005. I am also a member of the Maryland Bar (2011). I received my B.A., with distinction, from the University of Wisconsin-Madison in 2001, my J.D. from the University of Miami School of Law in 2005, and my LL.M. from the University of Miami School of Law in 2007.

2. I have been admitted to practice in the United States District Court for the Southern District of Florida since 2009. I am also admitted to practice in the United States District Courts for the Middle District of Florida (2008) and the Northern District of Florida (2015), and the United States Court of Appeals for the Eleventh Circuit (2009). I am familiar with the prevailing market rate for work performed in class actions and complex federal litigation in this District.

3. I am the founding partner of Sweeney Law, P.A., located at 6750 N. Andrews Avenue, Suite 200, Fort Lauderdale, Florida 33309. My practice is focused on litigating business, construction, real estate, and consumer law matters, in state and federal court.

4. I began my legal career as an Assistant State Attorney in the Fourth Judicial Circuit of Florida and subsequently practiced at large national and international law firms, representing major financial institutions in real estate and civil litigation. I was named a Florida Super Lawyers Rising Star in 2014, 2015, and 2016, and a Florida Legal Elite Up and Comer in 2014 and 2015. I was named as a Florida Super Lawyer in 2019, 2020, 2021, 2022, 2023, 2024, 2025, and 2026. I am AV Rated by Martindale-Hubbell and was also was awarded a Platinum Client Champion Award in 2026. I previously served on The Florida Bar Standing Committees on the Unlicensed Practice of Law, Consumer Protection Law, and Eminent Domain. Currently, I am a co-chair of the Broward County Bar Association's Publicity and Construction Law Committees.

5. I am aware that Robert W. Murphy, Esq., counsel for Plaintiff in this cause, is seeking the hourly rate of $775.00, and believe that this rate is in line with the prevailing market rate for the work performed based on the experience and reputation of Attorney Murphy.

6. I am aware that Walter J. Mathews, Esq., co-counsel for Plaintiff in this cause, is seeking the hourly rate of $650.00, and believe that this rate is in line with the prevailing market rate for the work performed based on the experience and reputation of Attorney Mathews.

7. I have no financial interest in the outcome of this action and have not been compensated for this declaration.

PURSUANT TO 28 U.S.C. §1746, I CERTIFY, UNDER PENALTY OF PERJURY, THE FOREGOING IS TRUE AND CORRECT.

Executed this 14th day of October 2026 in Fort Lauderdale, Florida.

BRENDAN A. SWEENEY, ESQ.
Florida Bar No. 14780
Sweeney Law, P.A.
6750 N. Andrews Avenue, Suite 200
Fort Lauderdale, Florida 33309
Telephone: (954) 440-3993
bas@sweeneylawpa.com
la1@sweeneylawpa.com